UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHN JUNIOR HEATH,

                Plaintiff,

-against-

T. ERIC GALLOWAY, THE LANSING GROUP, THE LANTERN ORGANIZATION, SCHAEFFER SERVICES, AND GALVAN FOUNDATION,

                Defendants.

23cv10886 (LTS)

CIVIL JUDGMENT

---

For the reasons stated in the June 10, 2024, order, this action is dismissed. Plaintiff's complaint, filed IFP under 28 U.S.C. § 1915(a)(1), is dismissed for lack of subject matter jurisdiction. See Fed. R. Civ. P. 12(h)(3). Plaintiff was granted leave to file an amended complaint that complies with the standards set forth above. Plaintiff was instructed to submit the amended complaint to this Court's Pro Se Intake Unit within 30 days of the date of the order and if Plaintiff failed to comply within the time allowed, and he cannot show good cause to excuse such failure, the Court will direct the Clerk of Court to enter judgment in this case. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue). SO ORDERED.

Dated:   October 22, 2024
            New York, New York

                                                  /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                Chief United States District Judge